# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 20-1006V

|  |  |
|---|---|
| ALVA MOFFIT,<br><br>       Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>       Respondent. | Chief Special Master Corcoran<br><br>Filed: May 7, 2026 |

*Lawrence R. Cohan, Saltz, Mongeluzzi & Bendesky, Philadelphia, PA, for Petitioner.*

*Emilie Williams, U.S. Department of Justice, Washington, DC, for Respondent.*

### DECISION ON ATTORNEY'S FEES AND COSTS[1]

On August 13, 2020, Alva Moffitt filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleged that she suffered shoulder injuries resulting from a tetanus diphtheria acellular pertussis vaccine received on June 21, 2018. Petition, ECF No. 1. On March 10, 2025, I issued a decision awarding compensation to Petitioner based on the parties' stipulation. ECF No. 69.

---

[1]Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet**. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Petitioner has now filed a motion for attorney's fees and costs, requesting an award of $24,861.06 (representing $22,839.70 in fees plus $2,021.36 in costs). Application for Attorneys' Fees and Costs ("Motion") filed October 14, 2025, ECF No. 73. Furthermore, Petitioner filed a signed statement representing that no personal out-of-pocket expenses were incurred. ECF No. 73 at 46. Respondent did not file a response to Petitioner's Motion.

I have reviewed the billing records submitted with Petitioner's request. The hourly rates requested by attorney Cohan for all time billed in this matter are reasonable and consistent with our prior determinations and shall be awarded. Petitioner has also requested that I apply the hourly rate of $214.00 for paralegal work performed by Leah Amen in 2025. However, this rate exceeds the Vaccine Program's 2025 published ranges for paralegals.[3] I shall instead compensate all paralegal work performed in 2025 at the lower rate of $200.00 per hour, placing Ms. Amen within the applicable Forum range. **Application of the foregoing reduces the fees to be awarded herein by $53.20.**[4] All other time billed to the matter was reasonably expended and shall be awarded.

Petitioner has also provided supporting documentation for all claimed costs. ECF No. 73 at 29-46. Respondent offered no specific objection to the rates or amounts sought. I find the requested costs reasonable and hereby award them in full.

## CONCLUSION

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby GRANT, in part, Petitioner's Motion for attorney's fees and costs. **Petitioner is awarded attorneys' fees and costs in the total amount of $24,807.86 (representing $22,786.50 in fees plus $2,021.36 in costs) to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement.**

---

[3] The OSM Forum Hourly Rate Fee Schedules are available on the Court's Website: https://www.uscfc.uscourts.gov/osm-attorneys-forum-hourly-rate-fee-schedules

[4] This amount is calculated as follows: ($214.00 - $200.00 = $14.00 x 3.80 hours billed by paralegal in 2025) = $53.20.

In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk of Court shall enter judgment in accordance with this decision.[5]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[5] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.